1  JEFFREY A. CHEN, ESQ. (CSB #189514)
   Law Offices of Jeffrey A. Chen
2  275 Fifth Street, 4th Floor
   San Francisco, California 94103
3  Telephone: (415) 348-6269
   Facsimile: (415) 358-8046
4
5  Attorney for Defendant
   DON DOMINIC GABRIEL and
6  D D E G, INC. dba Bargains of Chinatown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland Corporation,<br><br>             Plaintiff,<br>    vs.<br><br>HOLLWOOD TOO, L.L.C., a California Limited Liability Company; KATY CHAN, an individual; D D E G, INC., a California Corporation dba BARGAIN'S OF CHINATOWN; DON DOMINIC GABRIEL, an individual; CHINATOWN BARGAIN DEPOT, an unknown business entity; MICHELLE FANG, an individual dba FASHION OUTLET; H & S FASHIONS, LLC, a California Limited Liability Company; JIN SUI FANG, an unknown business entity; NANCY CAI, an individual dba NANCY'S FASHION; MEI NG, an individual dba YUKI BOUTIQUE; Y & Y GIFT SHOP, INC., a California Corporation; YINER LIN, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | **Case No.: CV 09-5920 MEJ**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS DON DOMINIC GABRIEL AND D D E G, INC. TO RESPOND TO COMPLAINT; AND ORDER THEREON**<br><br>**COMPLAINT FILED: November 24, 2009**<br>**TRIAL DATE:  None Set** |

STIPULATION TO EXTEND TIME TO RESPOND                                                    Page 1

| | |
|---|---|
| 1 | **STIPULATION** |

This Stipulation is entered into by Plaintiff COACH SERVICES, INC. ("Plaintiff") and Defendants DON DOMINIC GABRIEL and D D E G, INC. ("Defendants").

WHEREAS, on December 17, 2009, Plaintiff filed its Complaint in this Court.

WHEREAS, pursuant to Local Rule 6-1, on February 17, 2010, Plaintiff and Defendants agreed to extend the time for Defendant to file their responses to the Complaint to February 25, 2010.

NOW, THEREFORE, Plaintiff and Defendants desire and hereby STIPULATE that Defendants shall have until, and including, February 25, 2010 to respond to Plaintiff's Complaint in this matter.

IT IS SO STIPULATED.

Dated: February 17, 2010            LAW OFFICES OF JEFFREY A. CHEN

                                                 By:    /s/ Jeffrey A. Chen
                                                       Jeffrey A. Chen, Esq.
                                                       Attorney for Defendants
                                                     DON DOMINIC GABRIEL and
                                                     D D E G, INC.

Dated: February 17, 2010            BLAKELY LAW GROUP

                                                 By:    /s/ Cindy Chan
                                                     Cindy Chan, Esq.
                                                     Attorney for Plaintiff
                                                     COACH SERVICES, INC.

Defendants DON DOMINIC GABRIEL and D D E G, INC. have to and including February 25, 2010 to file and serve an answer or other responsive pleading.

February  18 , 2010

_____
Hon. Maria-Elena James